IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGIONAL EMPLOYERS' ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 03-6903 |
| v. | : : | |
| GRETCHEN HUTTO CASTELLANO, et al., | : : : | |
| Defendants | : | |
| GRETCHEN HUTTO CASTELLANO, | : : | |
| Counterclaim Plaintiff, | : : | |
| v. | : : | |
| REGIONAL EMPLOYERS' ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST, et al., | : : : : : | |
| Counterclaim Defendants. | : | |

**ORDER**

AND NOW, this 1st day of July, 2009, it is hereby ORDERED that Plaintiff/Counterclaim Defendants' Motion to disqualify Ira Silverstein, Esq. and Thorp Reed & Armstrong, P.C. as counsel for Gretchen Hutto Castellano (Doc. No. 127) is DENIED for the reasons set forth in the accompanying memorandum.

BY THE COURT:

S/ C. Darnell Jones II
                         J.