IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


REGIONAL EMPLOYERS ASSURANCE     :     CIVIL ACTION
LEAGUES VOLUNTARY EMPLOYEES'     :
BENEFICIARY ASSOCIATION TRUST    :
                                 :
          v.                     :
                                 :
GRETCHEN CASTELLANO              :
                                 :
          v.                     :
                                 :
REGIONAL EMPLOYERS ASSURANCE     :
LEAGUES VOLUNTARY EMPLOYEES'     :
BENEFICIARY ASSOCIATION TRUST    :
BY PENN-MONT BENEFIT SERVICES,   :
INC., PLAN ADMINISTRATOR,        :
et al.                           :     NO. 03-6903


ORDER


          AND NOW, this 24th day of August, 2015, upon

consideration of the plaintiff's motion for summary judgment

(Docket #127) and counterclaimant Castellano's response;

counterclaimant Castellano's motion for summary judgment (Docket

#125), plaintiff's response and the reply thereto;

counterclaimant Castellano's supplemental motion for summary

judgment (Docket #249), plaintiff's response and the reply

thereto; and counterclaimant Castellano's motion to amend

counterclaim (Docket #251) and plaintiff's response; and for

reasons stated in a memorandum bearing today's date, IT IS HEREBY

ORDERED that the Court will deny the plaintiff's motion for

summary judgment and grant counterclaimant Castellano's motion

for summary judgment on the declaratory judgment action.

IT IS FURTHER ORDERED that counterclaimant Castellano's motion for summary judgment for relief under § 502(a)(1)(B) of ERISA is GRANTED.  Castellano is hereby awarded benefits in the amount of $750,000.00.  IT IS FURTHER ORDERED that the REAL VEBA trust shall pay this amount to Castellano.

IT IS ALSO ORDERED that counterclaimant Castellano's motion to amend the counterclaim is GRANTED.  In all other respects, Castellano's motion for summary judgment is DENIED. The motion for summary judgment on the equitable ERISA claim is DENIED without prejudice and the motion is DENIED with prejudice with respect to the common law counterclaims and the civil RICO claims.


BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.