IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGIONAL EMPLOYERS' ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST | : : : : | CIVIL ACTION |
| v. | : : | |
| GRETCHEN HUTTO CASTELLANO | : | NO.  03-6903 |

### O R D E R

AND NOW, this   10th   day of February, 2016, upon consideration of Counterclaim Plaintiff's motion for an award of attorneys' fees and costs (Doc. 353), the billing records attached (Docs. 353-3 through 7), the response from the Department of Labor (Doc. 363), the reply, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and DENIED IN PART.  Counsel is awarded $567,400.26 which will be paid from the funds in the SEWBPT and REAL VEBA Trusts, to be restored by the Koresko Defendants.  Because the fees amassed in this case were directly caused by the Koresko Entities' breaches of their fiduciary duty to pay Mrs. Castellano the benefit to which she was entitled, I direct Wilmington Trust to pay counsel these funds from the Trusts.  By separate order, I will direct Mr. Koresko and the related entities to restore this amount to the Trusts.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.