IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGIONAL EMPLOYERS' ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST | : : : : | CIVIL ACTION |
| v. | : : | |
| GRETCHEN HUTTO CASTELLANO | : | NO.  03-6903 |

## **O R D E R**

AND NOW, this   10th   day of February, 2016, upon consideration of Counterclaimant's motion for an award of prejudgment interest (Doc. 355), the Department of Labor's response (Doc. 363), and for the reasons stated in the accompanying Memorandum , IT IS HEREBY ORDERED that the motion for prejudgment interest is DENIED.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.