IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGIONAL EMPLOYERS' ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCATION TRUST,**<br>　　　　Plaintiff,<br>　　v.<br><br>**GRETCHEN HUTTO CASTELLANO, ,**<br>　　　　Defendant.<br>　　v.<br><br>**JEFFERSON PILOT FINANCIAL INSURANCE COMPANY**<br>　　　　Movant<br><br>**HILDA L. SOLIS**<br>　　　　Interested Party<br><br>**GRETCHEN HUTTO CASTELLANO**<br>　　　　Counter Claimant<br><br>**REGIONAL EMPLOYERS'ASSURANCE LEAGUES VOLUNTARY EMPLOYEES BENEFICIARY ASSOCIATION TRUST, BY PENNMONT BENEFIT SERVICES, INC., PLAN ADMINISTRATOR, LAWRENCE KORESKO, JEANNE D. BONNEY, JOHN J. KORESKO, V., KORESKO FINANCIAL L.P., KORESKO & ASSOCIATES, P.C., and PENN-MONT BENEFIT SERVICES, INC.**<br>　　　　Counter Defendants | **CIVIL ACTION**<br><br><br><br><br>**NO. 03-6903** |

# O R D E R

**AND NOW**, this 21st day of November, 2017, upon consideration of the Report and Recommendation of Magistrate Judge Elizabeth Hey regarding Defendant and Counter Claimant Gretchen Hutto Castellano's ("Castellano") Motion for Prejudgment Interest (ECF No. 370) and Castellano's Objections thereto (ECF No. 374 and 382), it is **HEREBY ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. The Objections of Castellano are **OVERRULED**.

3. Castellano's Motion for Prejudgment interest is **DENIED**.

        **BY THE COURT:**

        **/S/WENDY BEETLESTONE, J.**

        _____

        **WENDY BEETLESTONE, J.**