IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGIONAL EMPLOYERS' ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCATION TRUST,<br>    Plaintiff,<br>v.<br><br>GRETCHEN HUTTO CASTELLANO, ,<br>    Defendant.<br>v.<br><br>JEFFERSON PILOT FINANCIAL INSURANCE COMPANY<br>    Movant<br><br>HILDA L. SOLIS<br>    Interested Party<br><br>GRETCHEN HUTTO CASTELLANO<br>    Counter Claimant<br><br>REGIONAL EMPLOYERS' ASSURANCE LEAGUES VOLUNTARY EMPLOYEES BENEFICIARY ASSOCIATION TRUST, BY PENNMONT BENEFIT SERVICES, INC., PLAN ADMINISTRATOR, LAWRENCE KORESKO, JEANNE D. BONNEY, JOHN J. KORESKO, V., KORESKO FINANCIAL L.P., KORESKO & ASSOCIATES, P.C., and PENN-MONT BENEFIT SERVICES, INC.<br>    Counter Defendants | CIVIL ACTION<br><br>NO. 03-6903<br><br> |

## ORDER

**AND NOW**, this 21st day of November, 2017, upon consideration of the Report and Recommendation of Magistrate Judge Elizabeth Hey regarding Defendant and Counter Claimant Gretchen Hutto Castellano's ("Castellano") motion for attorney's fees (ECF No. 367), Castellano's Objections thereto (ECF No. 373, 378 and 382) and non-party, the Department of Labor's ("the DOL") partial objections thereto (ECF No. 376), it is **HEREBY ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. The Objections of Castellano and the DOL are **OVERRULED**.

3. Counsel for Castellano is **AWARDED** $567,400.26 which shall be paid from the funds of the SEWBPT and REAL VEBA Trust ("the Trust") to be restored by the Koresko Defendants.

4. Wilmington Trust is **ORDERED** to pay said counsel fees from the Trust.

BY THE COURT:

_____
**WENDY BEETLESTONE, J.**